

Jonathan P. Bach  
+1 212 479 6470  
jbach@cooley.com

BY ECF

September 28, 2017

Honorable Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street, Chambers 533  
White Plains, NY 10601  
Fax: 914-390-4152

**RE: *U.S. v. Rubin et al.*, 14 CR 741 (KMK)**

Dear Judge Karas:

We represent Herman Mauskopf in the above-referenced matter. We write to request a one-month adjournment of Mr. Mauskopf's sentencing, currently scheduled for November 28, 2017. We require the additional time to gather information and prepare materials to submit to the Probation Office and to the Court. This is Mr. Mauskopf's first request for a sentencing adjournment.

The government has advised us that it will consent to an adjournment of three weeks, but we respectfully submit that a full month is necessary and have submitted this request accordingly.

Respectfully,

_____/s/_____  
Jonathan Bach

cc:   All counsel (via ECF), Probation Officer Nicolo DiMaria (via email)