# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

**MEMO ENDORSED**

January 3, 2020

<u>Via ECF</u>
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Yehuda Rubin,* 14-cr-741-KMK

Dear Judge Karas:

    We write to respectfully request permission for Yehuda Rubin to travel to Montreal, Canada from January 9–12.

    In December of 2017 Mr. Rubin was sentenced by Your Honor to eighteen months' imprisonment, to be followed to a two-year term of supervised release. He was released from prison in April 2019, and is now serving his term of supervised release.

    Mr. Rubin's niece is getting married in approximately two weeks and the traditional pre-wedding Shabbat celebration (called an *aufruf* or *bavarfan*) is being celebrated next Saturday in Montreal. We therefore respectfully request permission for Mr. Rubin to travel to Montreal from next Thursday, January, 9, through Sunday, January 12.

    I have spoken to both Mr. Rubin's probation officer and AUSA Kathryn Martin and neither has any objection to this request.

Respectfully submitted,

/s/
Kathleen E. Cassidy

Granted.
So ordered.

[signature]
1/3/2020