# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

MEMO ENDORSED

January 6, 2020

**Via ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Yehuda Rubin*, 14-cr-741-KMK

Dear Judge Karas:

We write to respectfully request that Your Honor order the return of Yehuda Rubin's passport from pre-trial services.

Last week, Your Honor so-ordered Mr. Rubin's letter motion and granted him permission to travel to Montreal from January 9, through January 12. Dkt. #661. Pre-trial Services, however, has informed him that, notwithstanding that order, they cannot return his passport—which Mr. Rubin surrendered as a condition of his since-exonerated bail—until provided with an express Order from Your Honor allowing them to do so. We therefore respectfully request that Your Honor so-order this motion and order the return of Mr. Rubin's passport.

We apologize to the Court for the multiple letters this travel request has entailed.

Respectfully submitted,

/s/
Kathleen E. Cassidy

Granted.
So Ordered.
KMK
1/7/20